UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:                                                                    Case No. 17-13032-smb

Daniel A. Badu
*aka* Daniel Agyei Badu,                                      Chapter 11

                            Debtor(s)
_____

### ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**:  Shellpoint Mortgage Servicing as Servicer Agent for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust

**Property Address**:  823 E 218th Street, Bronx, NY 10467

**Last Four Digits of Account Number of Loan**: 9802

**File Date of Loss Mitigation request**: 12/04/2017

**Date of Entry of Loss Mitigation Order**: 12/26/2017

**Date of Entry of Order Approving Settlement (*if any*)**: _____

**Other Requests for Loss Mitigation in this Case**: ____ Yes      _x___ No

 The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

| ☐ Loan modification | ☐ Surrender of property |
|---|---|
| ☐ Short sale | ☐ No agreement has been reached |

 Other: Debtor did not qualify for a loan modification, and for the reasons set forth on the record at the 10/2/18 status conference.

 **ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

**New York, New York**                                      **/s/ STUART M. BERNSTEIN**
**January 10, 2019**                                           **United States Bankruptcy Judge**